**Kayvan KAROON, Kamran Karoon, individually and as Administrators of the Estate of Majid Karoon, Mahin D. Karoon, Plaintiffs–Appellants,**

v.

**FRANKLIN, WEINRIB, RUDELL & VASSALLO, P.C., Defendant–Appellee.**

No. 10–2712–cv.

United States Court of Appeals, Second Circuit.

July 12, 2011.

Philip L. Guarino, Law Office of Philip L. Guarino, Caldwell, NJ, for Appellants.

Marc J. Rachman, Davis & Gilbert LLP, New York, NY, for Appellee.

Present: RICHARD C. WESLEY, DEBRA ANN LIVINGSTON, GERARD E. LYNCH, Circuit Judges.

## SUMMARY ORDER

Appellants appeal from a judgment of the United States District Court for the Southern District of New York (Cote, *J.*), which granted defendant's motion for summary judgment. We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review.

We review a district court's grant of summary judgment *de novo. Fed. Ins. Co. v. Am. Home Assurance Co.*, 639 F.3d 557, 566 (2d Cir.2011). Having reviewed the record, we affirm the district court's judgment for substantially the same reasons expressed in the district court's opinion.

For the foregoing reasons, the judgment of the district court is hereby **AFFIRMED.**